

**United States Department of Justice**
*United States Attorney*
*District of New Jersey*
*Civil Division*

970 Broad Street, Suite 700　　　　　　　　*general number: (973) 645-2700*

Newark, New Jersey 07102　　　　　　　　*telephone: 973-645-2736*
　　　　　　　　　　　　　　　　　　　　　*fax: 973-297-2010*
　　　　　　　　　　　　　　*e-mail: Leah.Bynon@usdoj.gov*

**BY ECF & BY FAX (973-645-4522)**

September 3, 2008

The Honorable Harold A. Ackerman
Senior Judge
U.S. District Court for the District of New Jersey
United States Post Office & Courthouse
Newark, NJ 07102

　　　Re:　United State of America v. Daniel DiPaolo
　　　　　　Civil Action No. 98-cr-00364 (HAA)

Your Honor:

　　　I am an Assistant United States Attorney in the Financial Litigation Unit (FLU), whose responsibilities include the collection of fines and restitution. Yesterday, our office submitted a request for a one-week extension of time to submit our opposition papers until September 9, 2008. Today, I spoke with Mr. Joseph Benedict, defendant's counsel, who consents to the request for the extension of time. Thank you for your consideration herein.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　CHRISTOPHER J. CHRISTIE
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　*S/ Leah A. Bynon*
　　　　　　　　　By:　　　　LEAH A. BYNON
　　　　　　　　　　　　　　　　Assistant United States Attorney

cc:　Benedict and Altman (By Fax 732-214-1897)
　　　ATTN: Joseph Benedict, Esq.
　　　247 Livingston Avenue
　　　New Brunswick, N.J. 08901

*SO ORDERED*

*Harold A. Ackerman*
_____
　　　　　　　U.S.D.J.
9/3/08