# BENEDICT AND ALTMAN
*Attorneys at Law*

Joseph J. Benedict *
Steven D. Altman*

Joshua D. Altman
Philip Nettl □

Nicholas P. Ruggiero ^
  of Counsel

*Certified Criminal Trial Attorneys
□Also Admitted in PA
^Also Admitted in D.C.

247 Livingston Avenue
New Brunswick, N.J. 08901

732-745-9000
Telefax 732-214-1897
benedictaltman@aol.com

September 15, 2008

Honorable Harold A. Ackerman
United States District Court
Frank R. Lautenberg U.S.P.O. Courthouse Bldg.
Room 305
P.O. Box 999
Newark, NJ 07101-0999

RE:   USA vs. Daniel DiPaolo
      Case No. 2:98-cr-00364-HAA

Dear Judge Ackerman:

   Having reviewed the opposition memorandum from the United States Attorney's Office, I am in agreement that the victims should be notified on the motion. Accordingly, I am withdrawing the motion at this time with the expectation that it will be re-filed shortly once I have addresses for all victims and I complete research on the other issues raised in the government's memorandum.

   Thank you for your courtesies in this matter.

                              Cordially,
                              BENEDICT AND ALTMAN

                              /s/ Joseph J. Benedict
                         BY: _____
                              JOSEPH J. BENEDICT

JJB/js
Cc:   Lorraine S. Gerson, AUSA
      Leah A. Bynon, AUSA – Financial Litigation Unit
      Daniel DiPaolo

*[Handwritten:]* MOTION NO. 24 WITHDRAWN
SO ORDERED
Harold A. Ackerman
U.S.D.J.
9/16/08